No. 501. ZERNIT *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernest Angell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 512. KAISER *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Fred A. Gariepy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 513. GRANT LUNCH CORP. *v.* DRISCOLL, COMMISSIONER OF THE STATE DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL. January 3, 1944. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Morris M. Schnitzer* for petitioner.

No. 516. RAFERT *v.* EQUITABLE LIFE ASSURANCE SOCIETY. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. S. L. Winters* for petitioner.

No. 519. UNITED STATES EX REL. JORDAN *v.* ICKES, SECRETARY OF THE INTERIOR. January 3, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James E. Watson* and *Orin de Motte Walker* for petitioner. *So-*